Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.:  14−28514−JNP
                        Chapter:  13
                        Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Elizabeth A. Zerambo
   aka Elizabeth A. Stafford
   123 Ward Avenue
   Audubon, NJ 08106

Social Security No.:
   xxx−xx−8904

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:       12/8/16
Time:      02:00 PM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Eric Clayman, Debtor's Attorney, period: 8/19/2015 to 10/19/2016

COMMISSION OR FEES
Fees: $1,000.00

EXPENSES
$14.40

Creditors may be heard before the applications are determined.

     In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: November 2, 2016
JJW:

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Elizabeth A. Zerambo  
    Debtor

Case No. 14-28514-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Nov 02, 2016  
                       Form ID: 137    Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2016.

```
db           +Elizabeth A. Zerambo,    123 Ward Avenue,    Audubon, NJ 08106-2027
515039143    +Borough of Audubon,    606 W. Nicholson Road,    Audubon, NJ 08106-1930
515437044    +CAMDEN COUNTY MUA,    1645 FERRY AVENUE,    CAMDEN, NJ 08104-1311
515039145    +CCMUA,    PO Box 1105,    Bellmawr, NJ 08099-5105
515267183    +CHASE RECORDS CENTER,    Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,
               Monroe, LA 71203-4774
515039146    +Center for Family Guidance,    c/o Qaulity Asset Recovery,    7 Foster Ave  Ste 101,
               Gibbsboro, NJ 08026-1191
515039147     Chase,    7301 Baymeadows Way,    Jacksonville, FL 32256-6826
515039148    #Debt Recovery Solutions LLC,    PO Box 9001,    Westbury, NY 11590-9001
515039149    +JP Morgan Chase Bank, National,    c/o Fein Such Kahn & Shepard PC,    7 Century Drive  Ste 201,
               Parsippany, NJ 07054-4609
516404860     MTGLQ INVESTORS, L.P.,    KML Law Group PC,    Sentry Office Plaza,
               216 Haddon Avenue, Suite 206,    Westmont, NJ 08108
516155487    +MTGLQ Investors, L.P.,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
               Greenville, SC 29603-0826
516155488    +MTGLQ Investors, L.P.,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
               Greenville, SC 29603,    MTGLQ Investors, L.P.,    c/o Shellpoint Mortgage Servicing 29603-0826
515039150    +PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Nov 02 2016 21:23:08     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 02 2016 21:23:07     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
515098881    +E-mail/Text: g20956@att.com Nov 02 2016 21:23:12     AT&T Mobility II LLC,
               % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
               Bedminster, NJ 07921-2693
515039144     E-mail/Text: bankruptcy@cavps.com Nov 02 2016 21:23:11     Cavalry Portfolio Service,
               PO Box 27288,    Tempe, AZ 85285
                                                                                              TOTAL: 4
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2016                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2016 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Eric Clayman    on behalf of Debtor Elizabeth A. Zerambo jenkins.clayman@verizon.net
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          R. A. Lebron    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bankruptcy@feinsuch.com
          Stephanie F. Ritigstein    on behalf of Debtor Elizabeth A. Zerambo jenkins.clayman@verizon.net
                                                                                              TOTAL: 5
```